IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

Vs                              CASE NO. 4:06cr00218-01 JLH

ELIAS C RHODES                                                   DEFENDANT

ORDER

The United States' motion to revoke pretrial release **(docket entry #18)** was reached for hearing on November 21, 2006. Defendant announced that he waived a hearing on the motion and agreed to detention. In light of this waiver and the fact that he failed to appear for the hearing as originally set, the motion is **granted.**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED this 21st day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE